

**THE CITY OF NEW YORK**

**GEORGIA M. PESTANA**
*Acting Corporation Counsel*

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**BRIAN KRIST**
Tel.: 212-356-2471
email: bkrist@law.nyc.gov
(not for service)

July 22, 2021

**VIA ECF**
Hon. Naomi Reice Buchwald
United States District Judge
United States District Court
 for the Southern District of New York
United States District Courthouse
500 Pearl Street
New York, NY 10007

> Application granted. The Initial
> Pretrial Conference is rescheduled for
> August 3, 2021 at 10:30 am.
> SO ORDERED.
>
> *[signature]*
> NAOMI REICE BUCHWALD
> UNITED STATES DISTRICT JUDGE
>
> Dated: July 23, 2021
>         New York, New York

Re:   *Smart, et al. v. Scott, et al.*
      Dkt. No. 21-cv-03420 (NRB)

Your Honor,

    I am an Assistant Corporation Counsel in the Office of Georgia M. Pestana, Acting Corporation Counsel of the City of New York, counsel for the Defendants in the above-referenced action in which Plaintiffs allege violations of their federal civil rights arising from a child removal matter adjudicated in state family court. I write, with Plaintiffs' consent, to respectfully request a brief adjournment of the initial conference currently scheduled for July 28, 2021.

    Prior to the Court's scheduling of this conference, I was already scheduled to attend a quarterly meeting of the New York State Board for Public Accountancy – of which I am a member – on July 28, 2021 that I am unable to re-schedule. I have spoken with Plaintiffs' counsel, and counsel for the parties are available on August 3, 2021 and the afternoon of August 5, 2021 after 3:00p.m., and will confer to identify additional dates if the Court requires.

Please accept my thanks for the Court's time and consideration of this request.

Respectfully,

  /s/ Brian Krist
Brian Krist
Assistant Corporation Counsel

cc: Attorneys of Record (via ECF)